UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANNON CROWE | CIVIL ACTION |
| VERSUS | NO. 14-1130 |
| MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC | SECTION "N" (5) |

## ORDER AND REASONS

Presently before the Court is Plaintiff/Defendant-in-Counterclaim Brannon Crowe's "Motion to Dismiss Counterclaim Pursuant to F.R.C.P. 12(b)(6)" (Rec. Doc. 100). Having carefully reviewed the parties' submissions, **IT IS ORDERED** that the motion is **DENIED** for the same reasons stated in the Court's May 8, 2015 Order and Reasons (Rec. Doc. 90) allowing Defendant to file its fraud counterclaim.

New Orleans, Louisiana, this 30th day of September 2015.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

Clerk to Copy: Magistrate Judge North