UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANNON CROWE | CIVIL ACTION |
| VERSUS | NO. 14-1130 |
| MARQUETTE TRANSPORTATION COMPANY GULF-INLAND LLC | SECTION "N" (5) |

## JURY VERDICT FORM

**READ ALL INSTRUCTIONS CAREFULLY. YOU MUST FOLLOW ALL INSTRUCTIONS.**

**THE RESPONSES TO THESE QUESTIONS MUST BE UNANIMOUS.**

1. Do you find by a preponderance of the evidence that Plaintiff, Brannon Crowe, sustained an injury, as he has alleged, on or about April 22, 2014, while working aboard, or in the service of, the M/V LADY OF GUADALUPE?

    ___Yes___ (Answer "Yes" or "No")

    **If your answer to Question 1 is "Yes," then proceed to Question 2. If your answer to Question 1 is "No," then skip to Question 7.**

2. Do you find by a preponderance of the evidence that Defendant Marquette was negligent in the manner claimed by Plaintiff, Brannan Crowe, and, if so, that its negligence caused, in whole or in part, Mr. Crowe's injury?

    ___No___ (Answer "Yes" or "No")

    **Proceed to Question 3.**

3.  Do you find by a preponderance of the evidence that the M/V LADY OF GUADALUPE was unseaworthy in the manner claimed by Plaintiff, Brannan Crowe, and that its unseaworthiness was a proximate cause, as that term is defined in the Court's instructions to the jury, of Mr. Crowe's injury?

    __NO__   (Answer "Yes" or "No")

    **If you answered "Yes," to Questions 2 and/or 3, proceed to Question 4. If you answered "No" to Questions 2 and 3, then have the foreperson date and sign this form, and inform the court security officer that you have reached a verdict and are ready to return to the courtroom.**

4.  Do you find by a preponderance of the evidence that Plaintiff, Brannan Crowe, was himself negligent, as claimed by Defendant, Marquette, and, if so, that his negligence caused, in whole or in part, his injury?

    _____   (Answer "Yes" or "No")

    **Proceed to Question 5.**

5.  What percentages of fault do you assess to the parties?
    **(Your percentages must add up to 100%. If your answer to Question 4 was "No," your percentage for Plaintiff Brannan Crowe must be 0%, and your percentage for Defendant Marquette must be 100%).**

    Defendant Marquette Transportation Company Gulf-Inland   _____ %

    Plaintiff Brannan Crowe   _____ %

    **Proceed to Question 6.**

6. What monetary amount(s) will adequately and fairly compensate Plaintiff, Brannan Crowe, for any damages suffered by him as a result of the injury suffered by him on or about April 22, 2014?

   (a) Present, past, and future physical pain and suffering, including any physical disability, disfigurement, impairment, and inconvenience.   $_____

   (b) Present, past, and future mental and emotional anguish or suffering, as well as any loss of enjoyment of life   $_____

   (c) Loss of past and future earnings, including any impairment of earning capacity and fringe benefits   $_____

   **Have the foreperson date and sign this form, and inform the court security officer that you have reached a verdict and are ready to return to the courtroom.**

7. Do you find by a preponderance of the evidence that Plaintiff, Brannan Crowe, intentionally misrepresented or suppressed the truth surrounding his knee injury to Marquette when he claimed that his injury first occurred on the M/V LADY OF GUADALUPE, on April 22, 2014, and, if so, that the misrepresentation or suppression of the truth was made with the intent to obtain an unjust advantage from, or to cause a loss to, Defendant Marquette?

   _____   **(Answer "Yes" or "No")**

   **If you answered "Yes," to Question 7, proceed to Question 8. If you answered "No" to Question 7, then skip Question 8, have the foreperson date and sign this form, and inform the court security officer that you have reached a verdict and are ready to return to the courtroom.**

8. What amount of money would adequately compensate Defendant Marquette for any damages he sustained as a result of Mr. Crowe's intentional misrepresentation or suppression of the truth?

(a) Payments made for maintenance and cure $_____

(b) Litigation expenses incurred by Marquette in defending Mr. Crowe's lawsuit $_____

**Have the foreperson date and sign this form, and inform the court security officer that you have reached a verdict and are ready to return to the courtroom.**

DATE: 10/7/15

_____ FOREPERSON