UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANNON CROWE | CIVIL ACTION |
| VERSUS | NUMBER: 14-1130 |
| MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC | SECTION: "N" |

J U D G M E N T

Considering the answers of the jury to the interrogatories propounded by the Court at the trial and entered into the record of this matter on October 7, 2015, Rec. Doc. No. 152-6; and further considering the direction of the Court as to entry of judgment; accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that, on the main demand, there be judgment in favor of defendant, Marquette Transportation Company Gulf-Inland, LLC, and against plaintiff, Brannon Crowe;

IT IS FURTHER ORDERED that, on the counterclaim, there be judgment in favor of defendant-in-counterclaim, Brannon Crowe, and against plaintiff-in-counterclaim, Marquette Transportation Company Gulf-Inland, LLC.

This  9th  day of October, 2015, at New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE